Angela DAVITIANI, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101209

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: March 10, 2015

Maleaner Harvey, Assistant Public Defender, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Attorney General, Adam Rowley, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM.

Angela Davitiani appeals the judgment denying her Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).